UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY BLACKMON,<br>　　　　　Plaintiff,<br>　　v.<br>CITY OF WALNUT CREEK, et al.,<br>　　　　　Defendants. | Case No. 18-cv-06419-SK<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Regarding Docket No. 36 |

On September 25, 2019, the Court Ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's response was due by October 7, 2019. The Court admonished Plaintiff that if he failed to file a response to this Order to Show Cause by October 7, 2019, the Court would dismiss this action without further notice. The deadline has passed and Plaintiff has not filed any response. Therefore, the Court HEREBY DISMISSES this action for failure to prosecute.

**IT IS SO ORDERED**.

Dated: October 29, 2019

_____
SALLIE KIM
United States Magistrate Judge